# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Cory Terry<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)         1:22-mj-0808<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 10, 2022 - August 31, 2022** in the county of **Marion** in the **Southern** District of **Indiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Attempted Sexual Exploitation of Minor Victim 1 |
| 18 U.S.C. § 2251 | Sexual Exploitation of Minor Victim 2 |
| 18 U.S.C. §2552A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Andrew Willmann
*Complainant's signature*

Andrew Willmann, SA/ FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by **telephone** *(reliable electronic means)*

Date: 9/12/2022

City and state: Indianapolis, Indiana

Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF
## AN APPICATION AND ARREST WARRANT

I, Andrew D. Willmann, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation, and have been since June 2014. I am currently assigned to the Indianapolis Field Office, Violent Crimes Against Children Task Force. As part of my official duties, I investigate crimes involving the sexual exploitation of minors, including criminal offenses pertaining to online enticement and the illegal production, distribution, receipt, and possession of child pornography. I have received training in the proper investigative techniques for violations pertaining to child pornography and child exploitation. I have conducted and assisted in numerous child exploitation investigations, to include undercover operations to identify and locate individuals who seek to engage in sexual activity with minors and have executed search warrants that have led to seizures of child pornography. I have also received training in computer systems, computer networks, and mobile devices. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251 and 2252A, and I am authorized by law to request a complaint and arrest warrant.

2. **Requested Action:** This Affidavit is submitted in support of an application for a Criminal Complaint and Arrest Warrant for Cory Terry (\*\*/\*\*1997) for violations of: **Count 1:** Attempted Sexual Exploitation of Minor Victim 1, in violation of 18 U.S.C. § 2251, on or about April 10, 2022; **Counts 2 through 4**: Sexual Exploitation of Minor Victim 2, in violation of 18 U.S.C. § 2251, between on or about May 3, 2022 and July 8, 2022; and **Count 5:** Possession of Child Pornography, in violation of 18 U.S.C. § 2552A(a)(5)(B), on or about August 31, 2022.

1

3. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents and state and local law enforcement officers; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcements officers; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent.  Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish that Cory Terry has violated Title 18, U.S.C. §§ 2251 and 2252A.

## BACKGROUND OF INVESTIGATION
### Terry's Exploitation of Minor Victim 1

4. On July 20, 2022, the Clinton Township, Michigan Police Department requested assistance from the FBI Detroit Division, Macomb County Resident Agency, with an investigation involving an adult male from Indiana who, using the social media application Discord, engaged in sexually explicit communications with a minor female (hereafter "MV1").  MV1 is an 11-year-old girl born in December 2010.

5. Investigators reviewed the information provided by Clinton Township Police Department, which included Discord chat messages obtained by search warrant, and observed sexually explicit conversations that occurred between April 9, 2022 and April 26, 2022 between username xxlethaltacoxx#**69 and MV1 (username villxch#16XX)(redacted, but known).  Investigators learned that during the exchanges, the user xxlethaltacoxx#**69 coerced and induced MV1 to send sexually explicit material.

6. The following are some of the chat conversations I observed in the message logs obtained from Discord via search warrant between MV1 and the xxlethaltacoxx#**69 (Note: each message segment is read from the bottom up):

| | | |
|---|---|---|
| 2022-04-15 03:30:57 | xxlethaltacoxx#0069 | No I don't mind |
| 2022-04-15 03:30:46 | villxch#1609 | I understand if u don't feel comfortable being friends with me |
| 2022-04-15 03:28:30 | villxch#1609 | I'm 11 like actually 11 but yea |
| 2022-04-15 03:25:46 | xxlethaltacoxx#0069 | How old are you actually lol |

| | | |
|---|---|---|
| 2022-04-17 00:42:00 | xxlethaltacoxx#0069 | Have you started growing hair between your legs? |
| 2022-04-17 00:41:46 | villxch#1609 | yea |
| 2022-04-17 00:41:41 | xxlethaltacoxx#0069 | So are you a virgin? |
| 2022-04-17 00:41:39 | villxch#1609 | I won't dw! |
| 2022-04-17 00:41:29 | xxlethaltacoxx#0069 | If you do this time I'll just block you..... But okay â˜ºï¸ |
| 2022-04-17 00:40:46 | villxch#1609 | dw |
| 2022-04-17 00:40:45 | villxch#1609 | won't |
| 2022-04-17 00:40:43 | villxch#1609 | nono I wony |
| 2022-04-17 00:40:12 | xxlethaltacoxx#0069 | Are you sure? If not it's okay I don't want you to say yes then run tell your friends and everyone ðŸ |
| 2022-04-17 00:39:39 | villxch#1609 | sure ig |
| 2022-04-17 00:33:03 | xxlethaltacoxx#0069 | Can I ask you some inappropriate questions again? If you don't want to answer them it's okay â˜ºï¸ |

| | | |
|---|---|---|
| 2022-04-17 00:49:24 | xxlethaltacoxx#0069 | It's okay, have you sent your first nude yet? |
| 2022-04-17 00:49:04 | villxch#1609 | idk how to answer that |
| 2022-04-17 00:47:16 | xxlethaltacoxx#0069 | Do you want to feel a man's cock in your hands and in your holes? |
| 2022-04-17 00:46:53 | villxch#1609 | yes sometimes |
| 2022-04-17 00:46:53 | xxlethaltacoxx#0069 | It's okay |
| 2022-04-17 00:46:47 | villxch#1609 | sorry if I don't answer quickly I'm watching YouTube at the same time while texting u |
| 2022-04-17 00:45:47 | xxlethaltacoxx#0069 | Do you touch yourself? |
| 2022-04-17 00:45:35 | villxch#1609 | sometimes |
| 2022-04-17 00:43:47 | xxlethaltacoxx#0069 | Do you get horny? |
| 2022-04-17 00:43:35 | villxch#1609 | yes |
| 2022-04-17 00:4+D1 | xxlethaltacoxx#0069 | Is it hairy rn? |

| | | |
|---|---|---|
| 2022-04-17 01:06:51 | villxch#1609 | no |
| 2022-04-17 01:06:22 | xxlethaltacoxx#0069 | Have you done anything sexual with your friends? |
| 2022-04-17 01:05:55 | xxlethaltacoxx#0069 | I want you to feel how wet and needy you are babygirl |
| 2022-04-17 01:05:23 | villxch#1609 | okay |
| 2022-04-17 01:02:42 | xxlethaltacoxx#0069 | Rub your pussy for me rn babygirl |
| 2022-04-17 01:02:22 | villxch#1609 | yes/ |
| 2022-04-17 01:01:00 | xxlethaltacoxx#0069 | Is your little pussy tingly thinking about it babygirl? |
| 2022-04-17 01:00:20 | villxch#1609 | yes/ |
| 2022-04-17 00:58:54 | xxlethaltacoxx#0069 | Do you like watching girls touch their pussies like dirty little sluts for everyone to see? ðŸ™ˆðŸ¥µ |
| 2022-04-17 00:58:18 | villxch#1609 | yes but I only watch girls on there not rlly men |
| 2022-04-17 00:57:58 | xxlethaltacoxx#0069 | Do you touch your little pussy while watching it? |
| 2022-04-17 00:57:45 | villxch#1609 | yes sometimes/ |
| 2022-04-17 00:57:34 | xxlethaltacoxx#0069 | Do you watch porn? |

| | | |
|---|---|---|
| 2022-04-17 01:21:34 | xxlethaltacoxx#0069 | When you are more comfortable you will let me look at you in your panties while I stroke my cock |
| 2022-04-17 01:21:06 | villxch#1609 | no |
| 2022-04-17 01:20:50 | xxlethaltacoxx#0069 | Was that so hard? |
| 2022-04-17 01:19:49 | xxlethaltacoxx#0069 | That's a good first step |
| 2022-04-17 01:19:34 | xxlethaltacoxx#0069 | Good girl ðŸ˜Š I'm proud of you |
| 2022-04-17 01:19:23 | villxch#1609 | ok u got it |

| | | |
|---|---|---|
| 2022-04-17 03:31:32 | xxlethaltacoxx#0069 | It's okay you did good ðŸ˜Š |
| 2022-04-17 03:31:19 | villxch#1609 | oh ok |
| 2022-04-17 03:29:55 | xxlethaltacoxx#0069 | Lol I know it's your first time but it will become normal eventually |
| 2022-04-17 03:29:37 | villxch#1609 | thanks |
| 2022-04-17 03:29:26 | xxlethaltacoxx#0069 | I'm proud of you â¤ï¸ |
| 2022-04-17 03:29:20 | xxlethaltacoxx#0069 | See that was easy ðŸ˜ŠðŸ˜ŠðŸ˜Š |
| 2022-04-17 03:27:35 | xxlethaltacoxx#0069 | |
| 2022-04-17 03:27:25 | xxlethaltacoxx#0069 | I didn't even get to see |
| 2022-04-17 03:25:20 | xxlethaltacoxx#0069 | |
| 2022-04-17 03:25:00 | xxlethaltacoxx#0069 | Try for me? |
| 2022-04-17 03:24:55 | xxlethaltacoxx#0069 | It will be a few seconds |
| 2022-04-17 03:24:43 | villxch#1609 | becuase like I'm so tired |
| 2022-04-17 03:23:52 | xxlethaltacoxx#0069 | Why not show me now |

| | | |
|---|---|---|
| 2022-04-17 20:44:59 | villxch#1609 | actually I don't rlly wanna answer these questions rn maybe tonight |
| 2022-04-17 20:44:29 | xxlethaltacoxx#0069 | Did you like showing me your hair down there last night ðŸ™ˆâ¤ï¸ |
| 2022-04-17 20:44:12 | xxlethaltacoxx#0069 | It's okay ðŸ˜Š |
| 2022-04-17 20:43:49 | villxch#1609 | if I don't answer quickly I'm watching youtube |
| 2022-04-17 20:43:30 | villxch#1609 | sure |
| 2022-04-17 20:43:28 | villxch#1609 | uhh |
| 2022-04-17 20:41:32 | xxlethaltacoxx#0069 | Can I ask some more inappropriate things? |

| | | |
|---|---|---|
| 2022-04-18 15:19:00 | villxch#1609 | well later not rn my parents are kinda wondering around the house rn and I'm scared they're gonna |
| 2022-04-18 15:18:30 | xxlethaltacoxx#0069 | Can you call and let me see more of your bush? |
| 2022-04-18 15:18:04 | villxch#1609 | yea |
| 2022-04-18 15:17:57 | xxlethaltacoxx#0069 | Are you in your room? |

| | | |
|---|---|---|
| 2022-04-19 01:05:47 | villxch#1609 | yea cuz I never dealt with this stuff before |
| 2022-04-19 01:05:05 | xxlethaltacoxx#0069 | Lol so innocent |
| 2022-04-19 01:00:28 | villxch#1609 | uhm ok |
| 2022-04-19 00:45:30 | xxlethaltacoxx#0069 | Be a good girl and open your legs for me and lay back on me |
| 2022-04-19 00:45:08 | villxch#1609 | oh that's uh nice |
| 2022-04-19 00:42:47 | xxlethaltacoxx#0069 | I want to feel your bush rn and touch you down there |

| | | |
|---|---|---|
| 2022-04-23 04:56:56 | xxlethaltacoxx#0069 | If you keep doing things like this....I'll keep buying it or getting you more things |
| 2022-04-23 04:56:31 | villxch#1609 | yea |
| 2022-04-23 04:56:26 | xxlethaltacoxx#0069 | ?* |
| 2022-04-23 04:56:24 | xxlethaltacoxx#0069 | You there! |
| 2022-04-23 04:48:24 | xxlethaltacoxx#0069 | ðŸ˜Š you deserve it for what you did baby |
| 2022-04-23 04:47:12 | villxch#1609 | thank u sm! |
| 2022-04-23 04:47:07 | villxch#1609 | oh ok |
| 2022-04-23 04:47:02 | xxlethaltacoxx#0069 | I had to send it to you |
| 2022-04-23 04:46:58 | villxch#1609 | I got it |
| 2022-04-23 04:46:57 | xxlethaltacoxx#0069 | Oh there |
| 2022-04-23 04:46:50 | xxlethaltacoxx#0069 | https://discord.gift/nDVkzAafH2Fcmccx |
| 2022-04-23 04:46:32 | xxlethaltacoxx#0069 | Did you find it |
| 2022-04-23 04:44:43 | villxch#1609 | I looked |
| 2022-04-23 04:44:40 | villxch#1609 | dvwdfwdaf |
| 2022-04-23 04:44:37 | villxch#1609 | |
| 2022-04-23 04:42:03 | xxlethaltacoxx#0069 | Go look around discord |
| 2022-04-23 04:41:49 | villxch#1609 | |
| 2022-04-23 04:41:30 | xxlethaltacoxx#0069 | I gifted it to you |
| 2022-04-23 04:41:24 | xxlethaltacoxx#0069 | Idk |
| 2022-04-23 04:40:49 | villxch#1609 | how do I know if I got nitro or not |
| 2022-04-23 04:40:41 | xxlethaltacoxx#0069 | Ok |
| 2022-04-23 04:40:38 | villxch#1609 | I'll call u in a minn |
| 2022-04-23 04:40:28 | xxlethaltacoxx#0069 | |
| 2022-04-23 04:39:55 | villxch#1609 | wait how do I know if I have nitro or not |

| | | |
|---|---|---|
| 2022-04-25 05:59:29 | xxlethaltacoxx#0069 | Shut your mouth and let me see you in your panties rn |
| 2022-04-25 05:59:12 | villxch#1609 | I'm scared to wake up my parents.. |
| 2022-04-25 05:58:25 | xxlethaltacoxx#0069 | You are going to show me what I want idc if you want to or not understand? |
| 2022-04-25 05:58:02 | xxlethaltacoxx#0069 | This is what you deserve for treating me how you did and I bet you love this being told what to do |
| 2022-04-25 05:57:33 | xxlethaltacoxx#0069 | Answer me with "yes sir" slut |
| 2022-04-25 05:57:27 | villxch#1609 | I don't want to |
| 2022-04-25 05:56:56 | xxlethaltacoxx#0069 | Show me what I want like a good little slut |
| 2022-04-25 05:56:40 | xxlethaltacoxx#0069 | Good girl you know I want to see your little body |
| 2022-04-25 05:56:25 | villxch#1609 | |
| 2022-04-25 05:56:14 | xxlethaltacoxx#0069 | |
| 2022-04-25 05:56:04 | xxlethaltacoxx#0069 | I am waiting slut if you keep taking this long I'll just make you take one for me |
| 2022-04-25 05:54:16 | xxlethaltacoxx#0069 | Hurry up babygirl |
| 2022-04-25 05:53:00 | xxlethaltacoxx#0069 | Let me see my little needy slut rn |
| 2022-04-25 05:52:54 | villxch#1609 | ima send a old pic |
| 2022-04-25 05:52:45 | villxch#1609 | finee |
| 2022-04-25 05:52:34 | xxlethaltacoxx#0069 | Well? Answer Daddy babygirl |
| 2022-04-25 05:51:31 | xxlethaltacoxx#0069 | Rn you will give me what I want do you understand? |
| 2022-04-25 05:51:14 | xxlethaltacoxx#0069 | Do as you are told I am done asking |
| 2022-04-25 05:51:02 | villxch#1609 | don't wanna show it rn |
| 2022-04-25 05:50:58 | villxch#1609 | I uhh |
| 2022-04-25 05:50:30 | xxlethaltacoxx#0069 | Let me jerk my cock to your little body like you deserve |
| 2022-04-25 05:50:17 | xxlethaltacoxx#0069 | Let me see you rn slut |

| | | |
|---|---|---|
| 2022-04-25 06:13:34 | xxlethaltacoxx#0069 | Now |
| 2022-04-25 06:13:32 | xxlethaltacoxx#0069 | Put headphones in and answer the call |
| 2022-04-25 06:13:05 | xxlethaltacoxx#0069 | |
| 2022-04-25 06:13:04 | villxch#1609 | I'm to scared |
| 2022-04-25 06:13:00 | villxch#1609 | I just can't I'm sorry |
| 2022-04-25 06:12:54 | xxlethaltacoxx#0069 | You had better let me see slut |
| 2022-04-25 06:12:42 | xxlethaltacoxx#0069 | I'm stroking my throbbing cock waiting for this |
| 2022-04-25 06:12:01 | xxlethaltacoxx#0069 | Well?! |
| 2022-04-25 06:08:28 | xxlethaltacoxx#0069 | Stop typing and take the picture |
| 2022-04-25 06:08:10 | xxlethaltacoxx#0069 | Dirty little horny slut |
| 2022-04-25 06:07:56 | xxlethaltacoxx#0069 | Hurry! |
| 2022-04-25 06:07:25 | xxlethaltacoxx#0069 | Show me your fucking panties now |
| 2022-04-25 06:07:14 | xxlethaltacoxx#0069 | Do as you are told like the filthy little cock slut you are |
| 2022-04-25 06:06:54 | xxlethaltacoxx#0069 | You don't get to say no |
| 2022-04-25 06:06:48 | xxlethaltacoxx#0069 | No you aren't you are taking a picture |
| 2022-04-25 06:06:40 | villxch#1609 | I'm sorry I can't I'm gonna wake my parents up I'm so sorry |
| 2022-04-25 06:06:27 | xxlethaltacoxx#0069 | Send it |
| 2022-04-25 06:06:02 | xxlethaltacoxx#0069 | It shouldn't take this long slut |
| 2022-04-25 06:02:53 | xxlethaltacoxx#0069 | Good girl hurry up |
| 2022-04-25 06:02:41 | villxch#1609 | let me take a picture |
| 2022-04-25 06:02:16 | xxlethaltacoxx#0069 | Let me see you in your panties |
| 2022-04-25 06:02:04 | xxlethaltacoxx#0069 | Good learn your place |
| 2022-04-25 06:01:57 | villxch#1609 | yes sir |
| 2022-04-25 06:01:53 | xxlethaltacoxx#0069 | Say yes Sir |

| | | |
|---|---|---|
| 2022-04-25 06:41:48 | xxlethaltacoxx#0069 | Do as I fucking tell you slut!!! |
| 2022-04-25 06:41:35 | villxch#1609 | I'll text u tmr\ |
| 2022-04-25 06:41:31 | villxch#1609 | I can't talk anymore my parents just woke up again bye |
| 2022-04-25 06:38:52 | xxlethaltacoxx#0069 | Stop wasting so much time |
| 2022-04-25 06:38:46 | xxlethaltacoxx#0069 | Do it and you can sleep |
| 2022-04-25 06:38:01 | xxlethaltacoxx#0069 | Or of your panties |
| 2022-04-25 06:37:46 | xxlethaltacoxx#0069 | No has to have either your tits or a little bit of your bush in it |
| 2022-04-25 06:37:24 | villxch#1609 | Do* |
| 2022-04-25 06:37:21 | villxch#1609 | I really so not want to can I like send a pic of my legs or something |
| 2022-04-25 06:35:55 | xxlethaltacoxx#0069 | Understand? |
| 2022-04-25 06:35:51 | xxlethaltacoxx#0069 | Then I'll let you |
| 2022-04-25 06:35:49 | xxlethaltacoxx#0069 | Not till you do this |
| 2022-04-25 06:35:43 | villxch#1609 | I just wanna go to sleepppp |
| 2022-04-25 06:35:16 | xxlethaltacoxx#0069 | I just want a tease pic not even a full one |
| 2022-04-25 06:35:06 | xxlethaltacoxx#0069 | I want you to do what I tell you and take one you have been putting it off for too long |
| 2022-04-25 06:34:43 | xxlethaltacoxx#0069 | No now you are wasting time |

| | | |
|---|---|---|
| 2022-04-25 17:52:00 | villxch#1609 | yea |
| 2022-04-25 17:51:45 | xxlethaltacoxx#0069 | You sure? You act older sometimes |
| 2022-04-25 17:51:17 | villxch#1609 | 1's |
| 2022-04-25 17:51:15 | villxch#1609 | two 1'd |
| 2022-04-25 17:50:18 | xxlethaltacoxx#0069 | So be honest how old are you really |

6

| | | |
|---|---|---|
| 2022-04-26 06:02:30 | xxlethaltacoxx#0069 | Will you text me on here? |
| 2022-04-26 05:41:02 | xxlethaltacoxx#0069 | You know you fucking want it don't you |
| 2022-04-26 05:40:37 | xxlethaltacoxx#0069 | Now if you give me your attention I'll send more |
| 2022-04-26 05:40:17 | xxlethaltacoxx#0069 | I want you looking like them |
| 2022-04-26 05:39:02 | xxlethaltacoxx#0069 | I want you to take my big cock like the horny little whore you are |
| 2022-04-26 05:38:38 | xxlethaltacoxx#0069 | I want to hold you down and fuck you so hard you whimper for me |
| 2022-04-26 05:38:20 | xxlethaltacoxx#0069 | I've needed your little holes all day |
| 2022-04-26 05:38:11 | xxlethaltacoxx#0069 | Are you ready to do what you promised me? |

| | | |
|---|---|---|
| 2022-04-26 16:03:35 | xxlethaltacoxx#0069 | You are so amazing baby you make me so freaking horny too |
| 2022-04-26 16:02:10 | villxch#1609 | thanks |
| 2022-04-26 16:02:00 | xxlethaltacoxx#0069 | I love your voice and your cute face |
| 2022-04-26 16:01:49 | xxlethaltacoxx#0069 | You are so perfect to me |
| 2022-04-26 16:01:44 | xxlethaltacoxx#0069 | Noone else baby |
| 2022-04-26 16:01:35 | xxlethaltacoxx#0069 | This will be our secret |
| 2022-04-26 16:01:28 | xxlethaltacoxx#0069 | Of course ðŸ˜Œ |
| 2022-04-26 16:01:27 | villxch#1609 | online |
| 2022-04-26 16:01:23 | villxch#1609 | I'm just kinda insecure of myself that's why I don't let people see me onlinr |
| 2022-04-26 16:00:59 | villxch#1609 | thank u |
| 2022-04-26 16:00:27 | xxlethaltacoxx#0069 | I'm really really proud of you! |
| 2022-04-26 15:43:24 | villxch#1609 | I'm back |
| 2022-04-26 15:43:17 | xxlethaltacoxx#0069 | <@947698485594054697> |

      7.     Review of the Discord records also showed that the user xxlethaltacoxx#**69 sent Hentai anime pornography images to MV1. I reviewed the anime images sent by xxlethaltacoxx#**69 to MV1 in the above chat session and observed that they displayed cartoon drawings of older men engaging in sexual acts with young females.

      8.     On July 25, 2022, law enforcement completed a forensic extraction of MV1's Google Pixel cellular phone. Investigators reviewed the extraction and found a five second video, file name PXL_20220410_035836990.mp4, wherein MV1's vaginal area and face are displayed. According to the filename, the video was recorded on April 10, 2022.

      9.     Based on the foregoing as well as my review of the file ending in 6990, I believe that Terry attempted to sexually exploit MV1 in that he induced MV1 to produce the above-described video. **(Count 1)**

      10.    On August 3, 2022, a FBI Child Adolescent Forensic Interviewer interviewed MV1. MV1 admitted to engaging in chats, video calls, and voice calls with xxlethaltacoxx#**69

through Discord.  MV1 stated that xxlethaltacoxx#**69 had asked MV1 inappropriate questions and wanted MV1 to send him a picture of her vagina.  Law enforcement officers asked MV1 about the above-described video recovered from her phone.  MV1 described it as a very quick video of a body part.  MV1 recalled the video was recorded during either a voice call or video call with xxlethaltacoxx#**69.

11.     Pursuant to the search warrant served on Discord by Clinton Township Police Department, Discord provided subscriber information for username xxlethaltacoxx#**69.  I reviewed the information provided by Discord, which revealed the subscriber's phone number of 317-809-**** and email address of exteel4XXXX@gmail.com (known by redacted).  The records also showed the most frequent login IP address to the account between April 9, 2022 and April 26, 2022 was 50.90.***.** (redacted but known).

12.     On June 10, 2022, Clinton Township Police Department served a search warrant on Google for information pertaining to email address exteel4XXXX@gmail.com.  On June 15, 2022, Google provided subscriber records pursuant to the search warrant.  I reviewed the records provided by Google, which show the subscriber to the exteel4XXX@gmail.com account is Cory Terry, date of birth **/**/1997, phone number 317-809-**** (redacted but known).

13.     An open-source Internet query for IP address 50.90.***.**, the most frequently used IP address during the time Terry was in communication with MV1, resolved to Charter Communications.  On July 22, 2022, an FBI Administrative Subpoena was served on Charter Communications for information pertaining to the IP address.  On July 26, 2022, Charter Communications provided records that showed the IP address was registered to an address at 1731 N. (redacted) Avenue, Indianapolis, Indiana (known, but redacted), which is located in the Southern District of Indiana.

14. On July 22, 2022, law enforcement served an FBI Administrative Subpoena on T-Mobile for information pertaining to the phone number provided by Discord and Google for Terry, 317-809-****. On July 25, 2022, T-Mobile provided records that showed the subscriber to the number was Cory Terry with a service and billing address at 1731 N. (redacted) Avenue, Indianapolis, Indiana (known, but redacted).

15. Pursuant to the above subpoena, T-Mobile also provided toll records for phone number 317-809-****. An analysis performed on the records provided by T-Mobile showed that Terry's phone number was in contact with MV1's phone number more than 140 times between April 26, 2022 and April 29, 2022.

16. A query of the Indiana Bureau of Motor Vehicles revealed a current operator's license for Cory Terry at 1731 N. (redacted) Avenue, Indianapolis, Indiana (known, but redacted).

17. Cory Terry had also registered a red Dodge Charger to 1731 N. (redacted) Avenue, Indianapolis, Indiana (known, but redacted) address.

18. Based on the above information and other information, law enforcement obtained a federal search warrant for Terry's residence at 1731 N. (redacted) Avenue, Indianapolis, Indiana (known, but redacted) from the Honorable Tim A. Baker or about August 29, 2022. The warrant was executed by Indianapolis FBI Agents on August 31, 2022.

Execution of the Warrant on Terry's Residence

19. During the execution of the search warrant on August 31, 2022, officers read Terry his Miranda rights, which he acknowledged orally and in writing, and waived. Terry's interview was audio and video recorded.

20. During the interview, Terry admitted that he had a Discord account with the username "xxlethaltacoxx."

21.     The FBI seized a blue Motorola Android cell phone from Terry pursuant to the search warrant and Terry confirmed his phone number of 317-809-****.

22.     Agents performed a cursory forensic review of Terry's Xbox at his residence, which showed that Terry's Xbox username was "xxlethaltacoxx" and the E-mail address associated with the account is "exteel4ever@gmail.com."

23.     During his interview, Terry denied any contact with an 11-year-old on his Discord Account.

24.     I have reviewed preliminary forensic results from devices located in Terry's bedroom and on his person during the August 31, 2022 search warrant execution. Agents recovered a Motorola Moto G Stylus 5G cellular telephone with IMEI number 356611287605707 from Terry's bedroom. The device contained communications with the Discord user "villxch#16XX". The device was also registered to the telephone number 317-809-****, which was also registered to the Discord account "xxlethaltacoxx#**69."

Terry's Exploitation of Minor Victim 2

25.     During the forensic review of the Motorola Moto G Stylus 5G cellular telephone, law enforcement officers discovered communications with and sexually explicit videos of a second minor victim. The minor victim (hereinafter MV2) is a female who is approximately 15 years old. MV2 has been identified and lives in Virginia. Her year of birth is 2007.

26.     According to the forensic review of Terry's Motorola Moto G Stylus 5G cellular telephone, Terry used the social media application Snapchat to communicate with MV2. The username is known to me, but redacted because it identifies MV2 by her true name. The communications occurred between on or about March 19, 2022 and July 29, 2022.

27. According to the chat, Terry's Snapchat username was "ghostx80". During the search of Terry's residence, officers interviewed Terry's girlfriend (hereinafter Witness 1). Witness 1 told this affiant that Terry's Snapchat username was the word "ghost" with numbers at the end. The Snapchat account associated to the Motorola Moto G Stylus 5G cellular telephone located in Terry's bedroom was "ghostx80".

28. According to the forensic review, on or about May 28, 2022, Terry exchanged the following messages with MV2:

> From: c16c39a1-d763-4d62-bd5a-8ea9bb6b4011 ghostx80 (owner)
> Timestamp: 5/28/2022 3:01:59 PM(UTC+0)
> Source App: Snapchat
> Body:
> Hi princess
> -----------------------------
> From: ae296d9c-dc61-4f27-8834-1452fc53c0a6 mya <3
> Timestamp: 5/28/2022 3:02:05 PM(UTC+0)
> Source App: Snapchat
> Body:
> hi daddy
> -----------------------------
> From: c16c39a1-d763-4d62-bd5a-8ea9bb6b4011 ghostx80 (owner)
> Timestamp: 5/28/2022 3:02:14 PM(UTC+0)
> Source App: Snapchat
> Body:
> How are you?
> -----------------------------
> From: ae296d9c-dc61-4f27-8834-1452fc53c0a6 mya <3
> Timestamp: 5/28/2022 3:02:14 PM(UTC+0)
> Source App: Snapchat
> Body:
>
> -----------------------------
> From: ae296d9c-dc61-4f27-8834-1452fc53c0a6 mya <3
> Timestamp: 5/28/2022 3:02:18 PM(UTC+0)
> Source App: Snapchat
> Body:
> i'm good hbu
> -----------------------------
> From: c16c39a1-d763-4d62-bd5a-8ea9bb6b4011 ghostx80 (owner)
> Timestamp: 5/28/2022 3:02:29 PM(UTC+0)

Source App: Snapchat
Body:
I'm good 😊
-----------------------------
From: ae296d9c-dc61-4f27-8834-1452fc53c0a6 mya <3
Timestamp: 5/28/2022 3:02:41 PM(UTC+0)
Source App: Snapchat
Body:
i feel so pretty
-----------------------------
From: c16c39a1-d763-4d62-bd5a-8ea9bb6b4011 ghostx80 (owner)
Timestamp: 5/28/2022 3:10:56 PM(UTC+0)
Source App: Snapchat
Body:
You are!
-----------------------------
From: c16c39a1-d763-4d62-bd5a-8ea9bb6b4011 ghostx80 (owner)
Timestamp: 5/28/2022 3:11:00 PM(UTC+0)
Source App: Snapchat
Body:
You always are little one
-----------------------------
From: c16c39a1-d763-4d62-bd5a-8ea9bb6b4011 ghostx80 (owner)
Timestamp: 5/28/2022 3:11:15 PM(UTC+0)
Source App: Snapchat
Body:
This is how I see you and want you to feel every time I look at you little one
-----------------------------
From: ae296d9c-dc61-4f27-8834-1452fc53c0a6 mya <3
Timestamp: 5/28/2022 3:11:42 PM(UTC+0)
Source App: Snapchat
Body:
i love you so much daddy
-----------------------------
From: c16c39a1-d763-4d62-bd5a-8ea9bb6b4011 ghostx80 (owner)
Timestamp: 5/28/2022 3:18:37 PM(UTC+0)
Source App: Snapchat
Body:
I love you more
-----------------------------
From: ae296d9c-dc61-4f27-8834-1452fc53c0a6 mya <3
Timestamp: 5/28/2022 3:26:58 PM(UTC+0)
Source App: Snapchat
Body:
nope
-----------------------------

From: ae296d9c-dc61-4f27-8834-1452fc53c0a6 mya <3
Timestamp: 5/28/2022 3:27:20 PM(UTC+0)
Source App: Snapchat
Body:

-----------------------------
From: c16c39a1-d763-4d62-bd5a-8ea9bb6b4011 ghostx80 (owner)
Timestamp: 5/28/2022 3:28:19 PM(UTC+0)
Source App: Snapchat
Body:
Yes princess
-----------------------------
From: c16c39a1-d763-4d62-bd5a-8ea9bb6b4011 ghostx80 (owner)
Timestamp: 5/28/2022 3:28:30 PM(UTC+0)
Source App: Snapchat
Body:
Little one do you want to help me cum?

29. On or about June 10, 2022, Terry exchanged the following messages with MV2:

From: c16c39a1-d763-4d62-bd5a-8ea9bb6b4011 ghostx80 (owner)
Timestamp: 6/10/2022 2:18:51 PM(UTC+0)
Source App: Snapchat
Body:
Did you show him your little needy pussy
-----------------------------
From: ae296d9c-dc61-4f27-8834-1452fc53c0a6 mya <3
Timestamp: 6/10/2022 2:18:54 PM(UTC+0)
Source App: Snapchat
Body:
yes.
-----------------------------
From: c16c39a1-d763-4d62-bd5a-8ea9bb6b4011 ghostx80 (owner)
Timestamp: 6/10/2022 2:19:07 PM(UTC+0)
Source App: Snapchat
Body:
You need to start sending those to me too then
-----------------------------
From: ae296d9c-dc61-4f27-8834-1452fc53c0a6 mya <3
Timestamp: 6/10/2022 2:19:11 PM(UTC+0)
Source App: Snapchat
Body:
yes daddy
-----------------------------
From: ae296d9c-dc61-4f27-8834-1452fc53c0a6 mya <3
Timestamp: 6/10/2022 2:19:12 PM(UTC+0)
Source App: Snapchat
Body:
just
-----------------------------
From: ae296d9c-dc61-4f27-8834-1452fc53c0a6 mya <3

13

Timestamp: 6/10/2022 2:19:14 PM(UTC+0)
Source App: Snapchat
Body:
don't save em
-----------------------------
From: ae296d9c-dc61-4f27-8834-1452fc53c0a6 mya <3
Timestamp: 6/10/2022 2:19:17 PM(UTC+0)
Source App: Snapchat
Body:
even in the chat
-----------------------------
From: c16c39a1-d763-4d62-bd5a-8ea9bb6b4011 ghostx80 (owner)
Timestamp: 6/10/2022 2:19:37 PM(UTC+0)
Source App: Snapchat
Body:
From now on you will show me all of your little body whenever I need it like a good little slut
-----------------------------
From: ae296d9c-dc61-4f27-8834-1452fc53c0a6 mya <3
Timestamp: 6/10/2022 2:19:43 PM(UTC+0)
Source App: Snapchat
Body:
yes daddy.

30. According to the forensic review of Terry's Motorola Moto G Stylus 5G cellular telephone, there were approximately nine videos stored in the "Screenrecord" folder. The nine videos appear to depict MV2 in various states of sexually explicit conduct or nudity. The videos appeared to be recordings of what was appearing on the screen of the phone in real time during the recording.

31. I have reviewed these videos and they constitute child pornography in that they depict a minor victim under the age of 18 engaged in sexually explicit conduct.

a. One video file titled "screen-20220503-193656.mp4" lasted approximately fourteen minutes and thirty-two seconds. The video depicted MV2 lying on her back and fully nude. Decorative LED tube lighting is visible on the wall behind MV2 along with a large monogram letter "M". The focal point of the video is MV2's vagina and anus. MV2 appears to masturbate during the video. MV2's face is also visible at times during the video. She appears to have a gag placed in her mouth. **(Count 2)**

b. A second video file titled "screen-20220708-034506.mp4" lasted approximately thirteen minutes and thirty-three seconds. The video depicted MV2 wearing a blue, purple, and black tie-dyed shirt. Decorative LED tube lighting is visible on the wall behind MV2. The focal point of the video is on MV2's vagina. MV2 appears to remove her underwear and masturbate using a toothbrush during the video. MV2's face is visible at times during the video. A small video is located in the top left corner of the video. The small video appears to show the top of a person's head and hairline located in a bedroom matching Terry's bedroom located at 1731 N. (redacted) Avenue, Indianapolis, Indiana. **(Count 3)**

c. A third video file titled "screen-20220620-114733.mp4" lasted approximately fifteen minutes and fifty-six seconds. The video depicted MV2 wearing a tie-dyed sweatshirt and purple hair. Decorative LED tube lighting is visible on the wall behind MV2. During the video, MV2 removes her sweatshirt, shirt, bra, and underwear. MV2 appears to masturbate during the video. MV2's face is throughout much of the video. Her vagina and breasts are clearly visible during the video. A small video is located in the corner of the video of MV2. The small video appears to show a window with curtains matching the bedroom belonging to Terry at 1731 N. (redacted) Avenue, Indianapolis, Indiana. **(Count 4)**

32.   The videos described above appeared to have been recorded on separate days between on or about May 3, 2022 and July 8, 2022.

33.   Based on the foregoing, Terry possessed images and videos of minors engaged in sexually explicit conduct on his Motorola Moto G Stylus 5G cellular telephone on or about August 31, 2022 **(Count 5)**.

34. **Interstate or foreign commerce:** Discord and Snapchat are social media applications that are facilities of interstate commerce. Terry's Motorola Moto G Stylus 5G cellular telephone was manufactured outside the State of Indiana.

## CONCLUSION

35. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause in support of an application for a criminal complaint and arrest warrant for Cory Terry (\*\*/\*\*1997) for violations of: **Count 1**: Attempted Sexual Exploitation of MV1, in violation of 18 U.S.C. § 2251, on or about April 10, 2022; **Counts 2 through 4**: Sexual Exploitation of MV2, in violation of 18 U.S.C. § 2251, between on or about May 3, 2022 and July 8, 2022; and **Count 5**: Possession of Child Pornography, in violation of 18 U.S.C. § 2552A(a)(5)(B), on or about August 31, 2022.

/s *Andrew Willmann*
Andrew Willmann, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Federal Rules of Criminal Procedure 4.1 by telephone.

Date: 9/12/2022

Paul R. Cherry
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana