UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 1:22-mj-0808 |
| CORY TERRY, | ) | |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America.  The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 2251<br>Attempted Sexual Exploitation of Minor Victim 1 | 15-30 | NMT $250,000 | Life |
| 2 - 4 | 18 U.S.C. §§ 2251<br>Sexual Exploitation of Minor Victim 2 | 15-30 | NMT $250,000 | Life |
| 5 | 18 U.S.C. § 2552A(a)(5)(B)<br>Possession of Child Pornography<br>* image and videos contained prepubescent children | 0-20 | NMT $250,000 | 5 - Life |

Dated: _____       _____
                                                                        Cory Terry
                                                                        Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana