UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORY TERRY, )<br>)<br>Defendant. ) | CAUSE NO. 22-CR-00144-MPD-KMB |

## AMENDMENT TO PLEA AGREEMENT

The parties, by and through the undersigned counsel and the Defendant, Cory Terry, hereby inform the Court of an amendment to the Petition to Enter Plea of Guilty and Plea Agreement (Dkt. 36), that is, paragraph 35(c) shall be stricken and replaced with the following:

**(c)     Motions for Compassionate Release:** As concerns this Section 3582 waiver, the defendant reserves the right to file motions seeking a "compassionate release" sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) based on "extraordinary and compelling reasons" set forth in U.S.S.G. § 1B1.13. The government reserves the right to oppose any motion for compassionate release on any grounds.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

01/02/2024
DATE

*Tiffany J. Preston*
Tiffany J. Preston
Assistant United States Attorney

12/13/23
DATE

CORY TERRY
Defendant

12/27/2023
DATE

Gwendolyn Beitz
Attorney for the Defendant